1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Staley,<br><br>          Plaintiff,<br><br>     v.<br><br>UCN, Inc, a corporation doing business in California; inCONTACT, INC., a corporation doing business in California; TOM MILLIGAN, an individual; CHRIS BIJOU, an individual; and DOES 1 through 20,<br><br>          Defendants. | Case No. CV-09-3974 EDL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br><br><br><br><br>Trial Date:   None set |

Raymond S. Castro, whose business address and telephone number are:

> Raymond S. Castro (Florida State Bar No. 938793)
> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
> 100 North Tampa Street, suite 3600
> Tampa, Florida 33602
> Telephone:  (813) 289-1247
> Facsimile:  813) 289-6530

and who is an active member in good standing of the bar of Florida, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants UCN, Inc., inCONTACT, Tom Milligan, and Chris Bijou

1                                                         CASE NO. CV-09-3974 EDL

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electric Case Filing*.

Dated: __October 13__, 2009



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2

CASE NO. CV-09-3974 EDL

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

7756386.1 (OGLETREE)